# CHRISTINA A. AGOLA
*Attorney and Counselor at Law*

Writers Direct Dial: (585) 262-2641
Email: caaesq@rochester.rr.com

**Hand Delivery**

January 5, 2007

RECEIVED

JAN - 8 2007

MICHAEL A. TELESCA
United States District Judge
Western District of New York

Honorable Michael A. Telesca
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

      Re:    **Stewart Burch v. Pioneer Credit Recovery, Inc.**
               **Civil Action No: 06 CV 6497 T (P)**

Dear Judge Telesca:

    Upon consent of all parties, we respectfully request that Plaintiff's response to Defendant's Motion to Dismiss be extended from the original date of January 9, 2007 to January 29, 2007. I have provided a so ordered line below for your Honor's signature.

    Please contact my office with any questions or concerns you may have regarding this matter.

Very truly yours,

CHRISTINA A. AGOLA

**So Ordered**   S/MICHAEL A. TELESCA
              **Honorable Michael A. Telesca**
              DATED:  1/8/07

CAA/adt

cc: James R. Grasso